HILL, Respondent v. LAMPERT LUMBER COMPANY

et al., Appellants

(101 N.W.2d 396)

(File No. 9767. Opinion filed March 2, 1960)

**Gunderson, Farrar & Carrell,** Rapid City, for Defendants and Appellants.

**Burnell Hendricksen** and **Roswell Bottum,** Rapid City, for Plaintiffs and Respondents.

PER CURIAM. For our purposes this suit is similar to Holzworth v. Roth, 78 S.D. 287, 101 N.W.2d 393. While it involves a different lot, a different series of deeds with a different ultimate grantee and an action to foreclose different mechanics liens, it presents in the same circumstances the legal issue of whether a suit in equity will lie. This matter is governed by the opinion in Holzworth v. Roth, supra. Accordingly, the judgment of the trial court is reversed.